

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-94,903-01

### EX PARTE GERALD MICHAEL HIAM, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 17751-A IN THE 115TH DISTRICT COURT FROM UPSHUR COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of aggravated robbery with a deadly weapon and sentenced to 75 years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. Based on the record, the trial court recommends granting habeas relief. The State is not opposed.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number 17751 from the 115th District Court of Upshur County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the

trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:　　NOVEMBER 27, 2024
Do not publish